# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| IESHA NICOLE ARMSTRONG, | ) |
| Plaintiff, | ) |
| v. | ) Case No. CIV-25-500-SLP |
| UNITED STATES OF AMERICA, | ) |
| Defendant. | ) |

## **O R D E R**

Before the Court is the Report and Recommendation (R&R) of United States Magistrate Judge Amanda L. Maxfield [Doc. No. 27]. The Magistrate Judge recommends that the Court dismiss Plaintiff's last remaining claim[1] because Plaintiff has failed to state a viable claim under the FTCA. *Id.* at 4-5. The Magistrate Judge advised Plaintiff of her right to object to the R&R and directed that any objections be filed on or before November 12, 2025. *Id.* at 10. No objection has been filed, nor has an extension of time in which to object been sought or granted.

Upon review, the Court fully concurs with the analysis set forth in the R&R. Accordingly, the Report and Recommendation [Doc. No. 27] is ADOPTED in its entirety and this action is DISMISSED. A separate judgment of dismissal shall be entered contemporaneously with this Order.

---

[1] Plaintiff filed the Complaint in the United States District Court for the Northern District of West Virginia. [Doc. No. 1]. The Court for the Northern District of West Virginia dismissed Claims One through Four, and transferred the remaining claim to this Court. [Doc. No. 18]

IT IS SO ORDERED this 5th day of January, 2026.

_____
SCOTT L. PALK
UNITED STATES DISTRICT JUDGE